# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 13-CR-173 |
| MELISSA C. DIANA | : | JUDGE MARIANI |
| | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 22nd day of April, 2014, upon consideration of defense counsel's Motion to Withdraw as Counsel for Melissa C. Diana (Doc. 82) and the Defendant's Notice of Notice of Release and Termination of Counsel and Revocation of Power of Attorney (Doc. 91), IT IS HEREBY ORDERED THAT the firm of Myers, Brier & Kelly, LLP, and Patrick A. Casey and John B. Dempsey are discharged from the representation of Defendant.

J.