# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:13-CR-00173 |
| | : |
| v. | : (Judge Mannion) |
| | : |
| MELISSA C. DIANA | : (Under Seal) |

FILED
SCRANTON

DEC 1 1 2015

PER _____
DEPUTY CLERK

## MOTION TO SEAL

AND NOW, comes Sandra M. Stepkovitch, Esquire, court-appointed counsel for the defendant, and moves pursuant to Local Rule 49 of the Federal Rules of Criminal Procedure to file the document accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of this motion to seal.

WHEREFORE, for the foregoing reasons, Sandra M. Stepkovitch, Esquire, court-appointed counsel for the defendant, Melissa C. Diana, moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed Order is attached.

Respectfully submitted,

Date: December 11, 2015

/s Sandra M. Stepkovitch, Esquire
**Sandra M. Stepkovitch, Esquire**
**Attorney for Melissa C. Diana**